# IN THE SUPREME COURT OF THE STATE OF NEVADA

CINDY KIRBY,
Appellant,

vs.

HSBC BANK USA, NATIONAL
ASSOCIATION, AS TURSTT FOR
HOMESTAR 2004-6,
Respondent.

No. 85503

FILED

NOV 01 2022

## ORDER DISMISSING APPEAL

This appeal was docketed on October 13, 2022, without payment of the requisite filing fee. *See* NRAP 3(e). That same day, this court issued a notice directing appellant to pay the required filing fee or demonstrate compliance with NRAP 24 within 7 days. The notice advised that failure to comply would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed. *See* NRAP 3(a)(2).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. David M. Jones, District Judge
      Law Offices of Michael F. Bohn, Ltd.
      Malcolm Cisneros\Las Vegas
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

22-34228